Bill of exceptions No. 1 we think reflects no error.

■ Bill of exceptions No. 2 relating to a statement made by appellant a few minutes after the accident, while standing near the wrecked cars, seems to us to be a part of the res gestae, although same may be self-serving; nevertheless the res gestae rule would prevail, and same should have been admitted. Branch's P.C., p. 58, Sec. 90.

On account of the admission of the matters relating to appellant using black market gasoline, the judgment is reversed and the cause remanded.

## WILLIAMS v. STATE.
### No. 23038.

Court of Criminal Appeals of Texas.
Jan. 17, 1945.

Wright Stubbs and Horace H. Shelton, both of Austin, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Upon his plea of guilty to the offense of driving a car without the consent of the owner, appellant was assessed a fine of $50 and thirty days in jail.

The record is before us without bills of exception or a statement of facts.

No error is apparent.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.